# UNITED STATES DISTRICT COURT
for the

Northern District of New York

Division

| | |
|---|---|
| Jesse Harris | Case No. 1:22-CV-118 (BKS/TWD) |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)*  ☐ Yes  ☒ No |
| -v- | |
| U.S. Secret Service | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
FEB 0 8 2022
AT_____O'CLOCK_____
John M. Domurad, Clerk - Albany

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jesse Harris |
| Street Address | P.O. Box 10282 |
| City and County | Albany, Albany County |
| State and Zip Code | NY, 12201 |
| Telephone Number | 215-532-2546 |
| E-mail Address | Jlh9845951@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: U.S. Secret Service
- Job or Title (if known):
- Street Address: 950 H St NW #7800
- City and County: Washington, Washington County
- State and Zip Code: District of Columbia
- Telephone Number: 202-406-8000
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question        ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* Jesse Harris , is a citizen of the State of *(name)* New York .

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Jesse Harris -V- U.S. Secret Service

The Defendant, U.S. Secret Service is operating within the laws of the District of Columbia and is headquartered in the District of Columbia.

The Amount in Controversy: The amount that the U.S. Secret Service owes me is $433,333.33 because I am the current President of the United States and they are legally required to pay me my salary. I, Jesse Harris, won the Presidential Election and became President of the United States on January 1st 2021. The salary of the President of the United States is $400,000.00 a year according to uscode.house.gov; and it's been 13 months since I became President of the United States. Therefore, the U.S. Secret Service owes me 13 months of my salary up to today's date, which is $433,333.33.

Statement of Claim: I am entitled to $433,333.33 from the U.S. Secret Service because I am the current President of the United States and that's how much of my salary that they owe me up to today's date. I am a member of the U.S. Secret Service and as the President of the United States, the U.S. Secret Service is legally required to pay me my salary. My salary is $400,000.00 a year. I became President of the United States on January 1st 2021, and it's been 13 months of my Presidency up to today's date. Therefore, according to these facts, I've calculated that the U.S. Secret Service owes me $433,333.33.

Relief: I am asking the court to order $433,333.33.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/02/2022

Signature of Plaintiff
Printed Name of Plaintiff  Jesse Harris

#### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address